IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN WALTERS,
    Petitioner,

v.

CIVIL ACTION NO. 18-CV-3722

LAWRENCE MAHALLY, *et al.*,
    Respondents.

## O R D E R

**AND NOW,** this 13th day of December, 2019, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey to which no objections were filed, **IT IS ORDERED** that:

1. The Report and Recommendation [Doc. 37] is **APPROVED** and **ADOPTED**;
2. The Petition for Writ of Habeas Corpus is **DISMISSED** as untimely;
3. There is no probable cause to issue a certificate of appealability; and
4. The Clerk of the Court shall mark this case closed for statistical purposes.

                                            BY THE COURT:

                                            /s/ Jeffrey L. Schmehl
                                            JEFFREY L. SCHMEHL, J.